UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL WYLIE,

    Plaintiff,

v.   CASE NO.: 8:07-CV-242-T-MAP

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the court on Plaintiff's Petition for Attorney Fees (doc. 26). In the motion for attorney's fees, Plaintiff seeks payment of attorney fees in the amount of $2,425.50 plus reimbursement of filing costs in the amount of $350.00 "to be paid directly to Plaintiff's counsel" pursuant to the Equal Access to Justice Act ("EAJA"). On November 28, 2007, an Order was entered reversing and remanding this case for further proceedings (doc. 24). Although the Defendant does not object to such an award (doc. 27), the issue of whether an award of attorney's fees pursuant to the EAJA must be paid directly to the plaintiff rather than plaintiff's counsel is currently before the Eleventh Circuit in the appeal of *Reeves v. Barnhart*, 473 F.Supp. 2d 1173 (M.D. Ala. 2007). Therefore, I am inclined to stay the disbursement of an award in this case pending the outcome of *Reeves*.

However, if Plaintiff's counsel agrees that payment of an attorney's fee may be made directly to the Plaintiff, then this matter can be concluded without reaching a decision on whether it is proper to pay an EAJA fee award directly to a plaintiff's counsel. Accordingly, it is hereby

    ORDERED:

1. Plaintiff's attorney, Michael Steinberg, has twenty (20) days to agree to any potential award of attorney's fee being made payable directly to the Plaintiff.

2. If no response is made within twenty (20) days, the Court will presume that counsel is opposed to such payment arrangements.

IT IS SO ORDERED at Tampa, Florida on March 12, 2008.

*Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record